No. 12–0504/AR. U.S. v. Roderick C. Hillian. CCA 20091104. Appellant's second motion to extend time to file the supplement to the petition for grant of review is granted, *up to and including June 26 , 2012*, and *absent extraordinary circumstances, no further extension of time will be granted in this case.*

No. 12–5002/AF. U.S. v. Ray A. Vazquez. CCA 37563. On consideration of the motion filed by Brian Keller, Esq., Navy–Marine Corps Government Appellate Division, for an enlargement of time to file a motion for leave to file Amicus brief and Amicus brief, said motion is hereby granted, *but only up to and including June 21 , 2012*, and *absent extraordinary circumstances, no further extension of time will be granted in this case.*

Misc. No. 12–8022/AF. Steven J. Holsey, Petitioner v. United States, Respondent. Petitioner's motion to reply to the Government's response is hereby granted and the stay ordered on June 4, 2012, is lifted, contingent on the convening authority's ruling on all currently pending requests for individual military counsel.

Misc. No. 12–8023/AF. Steven J. Holsey, Petitioner v. United States, Respondent. Petitioner's motion to withdraw petition for extraordinary relief granted.

No. 11–0547/AR. U.S. v. Ivan D. Goings. CCA 20080602. Review granted on the following issues:

  I.  WHETHER *LAWRENCE v. TEXAS* EXTENDS A ZONE OF PRIVACY TO THE INDECENT ACT OF WHICH APPELLANT WAS CONVICTED.

  II.  WHETHER SPECIFICATION 6 OF CHARGE II FAILS TO STATE AN OFFENSE BECAUSE IT DOES NOT EXPRESSLY ALLEGE OR NECESSARILY IMPLY THE TERMINAL ELEMENT OF ARTICLE 134, UCMJ.

Briefs will be filed under Rule 25 on Issue I only.

No. 12–0450/MC. U.S. v. Jonathan M. Kilarski. CCA 201100329. Review granted on the following issues:

  I.  IN *UNITED STATES v. SWEENEY*, THIS COURT FOUND THAT THE DATA REVIEW SHEETS FROM A DRUG SCREENING LABORATORY WERE NOT PLAINLY AND OBVIOUSLY TESTIMONIAL. HERE, THE DEFENSE OBJECTED TO ALL HANDWRITTEN NOTATIONS IN THE LABORATORY DOCUMENTS AND WAS DENIED THE PRODUCTION OF THE FINAL CERTIFYING OFFICIAL WHO ALSO SIGNED THE CONFIRMATION TEST DATA REVIEW SHEET AFTER

TWO POSITIVE SCREENINGS.  ARE THE DATA REVIEW SHEETS TESTIMONIAL?

II.   UNDER *UNITED STATES v. SWEENEY*, ADMISSION OF THE SPECIMEN CUSTODY DOCUMENT IS ERROR.  HERE, THE LOWER COURT FOUND THAT ITS ADMISSION WAS HARMLESS BEYOND A REASONABLE DOUBT AND THAT A SURROGATE EXPERT FROM THE DRUG SCREENING LABORATORY TESTIFIED PROPERLY. DID THE LOWER COURT ERR?

No briefs will be filed under Rule 25.

No. 12–0474/NA.   U.S. v. Brandon W. Barrett.   CCA 201000330.   Review granted on the following issue:

WHETHER CONTESTED ARTICLE 134 CLAUSE 1 OR 2 SPECIFICATIONS THAT FAIL TO EXPRESSLY ALLEGE AN ARTICLE 134 TERMINAL ELEMENT BUT THAT WERE NOT CHALLENGED AT TRIAL STATE AN OFFENSE.

No briefs will be filed under Rule 25.